No. 64454.—C. J. Tower & Sons of Buffalo, Inc. *v.* United States, protests 59/6451, etc. (Buffalo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64455.—C. J. Tower & Sons of Buffalo, Inc. *v.* United States, protests 59/8693, etc. (Buffalo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64456.—C. J. Tower & Sons of Buffalo, Inc., *v.* United States, protests 59/8713, etc. (Buffalo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64457.—C. J. Tower & Sons of Buffalo, Inc. *v.* United States, protests 59/8734, etc. (Buffalo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

AUGUST 12, 1960

No. 64458.—Harrigan Auto Parts Co. and The Spiegel Bros. Corp. *v.* United States, protests 59/18492 and 59/25951.   Protests abandoned July 11, 1960. (Not published.)   (Initial No. 162391–K.)   Plaintiffs' application for rehearing granted.